FILED
JUL 01 2013
CLERK OF CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

LYNDA WILLINGS, )
)
    Plaintiff, )
)
vs. ) No. 13-L- 1085
)
GATEWAY TOWING, INC., and JOHN )
DOE, AN ILLINOIS RESIDENT. )
)
    Defendants. )

## COMPLAINT

### Count I

Comes now the plaintiff, Lynda Willings, by and through her attorneys, the law firm of Schrempf, Kelly, Napp, and Darr, Ltd., and complains of the defendant, Gateway Towing, Inc., as follows:

1. That at all times mentioned herein the plaintiff, Lynda Willings, was a resident of Madison County, Illinois.

2. That Gateway Towing, Inc., is a licensed corporation with its principle place of business in St. Louis, Missouri.

3. That on August 15, 2011, the plaintiff, while working for the Alton School District in her capacity as Librarian, was at Eunice Smith School in Alton, Madison County, Illinois.

4. That on the aforesaid date and place the defendant, Gateway Towing, Inc., had contracted with Alton School District No. 11 to do certain work on a temporary trailer used to house school rooms, including but not limited to installing vinyl skirting around the school trailer.

EXHIBIT A

5. That at the aforesaid time and place while the plaintiff was inside the aforementioned school trailer, agents of the defendant removed the stairs leading to and from the trailer without informing the occupants inside.

6. That at the aforementioned time and place the plaintiff, exited the trailer and fell to the ground due to the aforementioned actions of the defendant's agents.

7. That at all times mentioned herein, the defendant, Gateway Towing, Inc., owed a duty to others to use reasonable care and caution while working on the aforementioned school trailer.

8. That the defendant, Gateway Towing, Inc., breached its duty to use care and caution was then and there guilty of one or more of the following negligent acts or omissions:

   a. Failed to keep a reasonably safe work site; and/or

   b. Failed to give notice of the occupants of the school trailer when removing stairs from one of its points of ingress and egress; and/or

   c. Failed to give reasonable notice of hazardous conditions; and/or

   d. Failed to properly secure the trailer while working on the structure; and/or

   e. Failed to properly train or instruct its employees in safety and risk management techniques; and/or

   f. Failed to warn or give notice of potentially hazardous conditions; and/or

   g. Failed to adequately warn of the condition likely to cause a fall or injury.

9. That one or more of the foregoing negligent acts or omissions on the part of the defendant, Gateway Towing, Inc., was a direct and proximate cause of plaintiff's injuries herein after alleged.

10. That as a direct and proximate result of one or more of the aforementioned negligent acts or omission of the defendant, the plaintiff, Lynda Willings, suffered injuries to her right ankle, right leg, and left shoulder.

11. That plaintiff was severely and permanently injured; that plaintiff has in the past and will in the future experience pain and suffering due to said injuries; that plaintiff has in the past and will in the future suffer lost wages as a result of her inability to work; that plaintiff has incurred and will continue to incur medical, doctor, and hospital bills in an effort to be treated for her injuries; and that plaintiff has been prevented from attending her usual duties and affairs as she had been able to do prior to this occurrence.

WHEREFORE, the plaintiff, Lynda Willings, prays this Court enter judgment in her favor and against the defendant, in an amount in excess of fifty thousand dollars ($50,000.00) plus costs of this suit.

Count II

Comes now the plaintiff, Lynda Willings, by and through her attorneys, the law firm of Schrempf, Kelly, Napp, and Darr, Ltd., and complains of the defendant, John Doe, as follows:

1-7   The plaintiff realledges paragraphs 1-7 of Count I, as if fully laid out and stated in this Count.

8. That all times mentioned herein John Doe was a employee of Gateway Towing, Inc. and resided in the county of venue.

9. That at all times mentioned herein, the defendant, John Doe, breached its duty to use care and caution and was then and there guilty of one or more of the following negligent acts or omissions:

    a. Failed to keep a reasonably safe work site; and/or

    b. Failed to give notice of the occupants of the school trailer when removing stairs from one of its points of ingress and egress; and/or

    c. Failed to give reasonable notice of hazardous conditions; and/or

    d. Failed to properly secure the trailer while working on the structure; and/or

    e. Failed to warn or give notice of potentially hazardous conditions; and/or

    f. Failed to adequately warn of the condition likely to cause a fall or injury.

10. That one or more of the following negligent acts or omissions on the part of the defendant, John Doe, was a direct and proximate cause of plaintiff's injuries herein after alleged.

11. That as a direct and proximate result of one or more of the aforementioned negligent acts or omission of the defendant, the plaintiff, Lynda Willings, suffered injuries to her right ankle, right leg, and left shoulder.

12. That plaintiff was severely and permanently injured; that plaintiff has in the past and will in the future experience pain and suffering due to said injuries; that plaintiff has in the past and will in the future suffer lost wages as a result of her inability to work; that plaintiff has incurred and will continue to incur medical, doctor, and hospital bills in an effort to be treated for her injuries; and that plaintiff has been

prevented from attending her usual duties and affairs as she had been able to do prior to this occurrence.

WHEREFORE, the plaintiff, Lynda Willings, prays this Court enter judgment in her favor and against the defendant in an amount in excess of fifty thousand dollars ($50,000.00) plus costs of this suit.

Lynda Willings, Plaintiff

By *[signature]*

Allan L. Napp   #06207438
Attorney for Plaintiff
Schrempf, Kelly, Napp & Darr, Ltd.
307 Henry Street, Suite 415
P.O. Box 725
Alton, IL  62002
(618) 465-2311